UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | | |
|---|---|---|---|
| JEFFERY DANIEL SMITH, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | Nos. | 1:14-CV-155-HSM |
| | ) | | 1:13-CR-3-HSM-SKL-1 |
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Respondent. | ) | | |

## MEMORANDUM AND ORDER

Before the Court is a pro se motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 filed by Jeffery Smith ("Petitioner") [Doc. 31]. The government filed an initial response on August 22, 2014 [Doc. 35]. During pendency of the action, Petitioner has filed three motions to amend his original petition [Docs. 39, 40, 42], one motion requesting copies of the court record [Doc. 37], and one motion requesting the appointment of counsel [Doc. 43]. In the most recent motion to amend, Petitioner cites the United States Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015), as a novel ground for collateral relief [Doc. 42]. Accordingly, the United States is **ORDERED** to file a response addressing all of the foregoing motions within thirty (30) days of entry of this order.

**IT IS SO ORDERED.**

                                                          */s/ Harry S. Mattice, Jr.*
                                                        HARRY S. MATTICE, JR.
                                                        UNITED STATES DISTRICT JUDGE